UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRANKLIN JOSE CALANCHE SUAREZ, BY NEXT FRIEND CLAUDYS BLANESK FREITEZ DE CALANCHE; <br> *Petitioner* <br><br> v. <br><br> ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), et al., <br> *Respondents* | Case No. SA-26-CV-00186-XR |

## ORDER REGARDING FILING FEE, HEARING ON NEXT-FRIEND STATUS, AND SERVICE OF PETITION

Before the Court is a *pro se* Petition for Writ of Habeas Corpus (ECF No. 1), Motion to Proceed In Forma Pauperis (ECF No. 2), and Motion for Expedited Review (ECF No. 3), filed on behalf of Petitioner by his next friend Claudys Blanesk Freitez De Calanche.

## I.   IFP APPLICATION

Petitioner seeks leave to proceed in forma pauperis ("IFP") based on an inability to afford $5 filing fee for petitions for writs of habeas corpus. *See* ECF No. 2. Petitioner, however, has failed to provide information sufficient to enable the Court to evaluate his request.

**IT IS ORDERED** that Plaintiff's Motion to Proceed IFP (ECF No. 2) is **HELD IN ABEYANCE** pending the Court's receipt of the filing fee or supplemental information.

**IT IS ORDERED** that Petitioner shall pay the required $5 filing fee or submit a signed application to proceed in forma pauperis (IFP) in the form attached to this order if unable to pay **by no later than February 3, 2026**. The filing fee or IFP application (and any supporting documents) shall be submitted to the U.S. Clerk of Court, 262 W. Nueva, Suite 1-400, San Antonio, Texas 78207, referencing Case No. SA-26-CV-186-XR.

Generally, advanced payment of the filing fee is required before the case can proceed. Given the emergency nature of the case, however, the Court exercises its discretion to proceed to set a show cause response deadline in the interim and will direct the Clerk to serve Respondents with a copy of the Petition by certified mail. *See Wrenn v. Am. Cast Iron Pipe Co.*, 575 F.2d 544, 547 (5th Cir. 1978) (noting that payment of a filing fee is not a jurisdictional requirement); *accord Casanova v. Dubois*, 304 F.3d 75, 80 (1st Cir. 2002) ("The advance payment of a filing fee is generally not a jurisdictional prerequisite to a lawsuit.").

**II.    HEARING ON NEXT-FRIEND STATUS**

Claudys Blanesk Freitez De Calanche has filed this petition on behalf of Petitioner. *See* ECF No. 1. "'[N]ext friend' standing . . . has long been an accepted basis for jurisdiction in certain circumstances." *Whitmore v. Arkansas*, 495 U.S. 149, 162 (1990). The burden is on the "next friend" clearly to establish his or her status by satisfying two conditions. *Id*. at 164.

"First, a 'next friend' must provide an adequate explanation—such as inaccessibility, mental incompetence, or other disability—why the real party in interest cannot appear on his own behalf to prosecute the action." *Id*. at 163. "[T]hat explanation must be supported by relevant proof." *Soto v. Sowell*, No. CV H-25-1362, 2025 WL 2822000, at *3 (S.D. Tex. Oct. 3, 2025).

"Second, the 'next friend' must be truly dedicated to the best interests of the person on whose behalf he seeks to litigate." *Whitmore*, 495 U.S. at 162. In other words, the "next friend" must show "some significant relationship with the real party in interest." *Id*. at 164.

Here, a hearing is appropriate to determine whether this action was properly filed by Vargas as "next friend." It is **ORDERED** that this case is set for an in-person hearing on **Thursday, January 29, 2026** at **10:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207.

It is **FURTHER ORDERED** that Respondents will transport and present Petitioner (A# 220 725 984) at this hearing.

It is **FURTHER ORDERED** that Respondent Warden, KCIPC, or a representative appear at the hearing and be prepared to testify about the conditions of detention at the facility.

It is **FURTHER ORDERED** that Respondents take all necessary steps to release Petitioner from custody directly following this hearing if the Court sees fit to grant this petition.

It is **FURTHER ORDERED** that all parties, including Petitioner, Petitioner's proposed next friend, and representatives from KCIPC and the U.S. Attorney's Office, must come prepared to discuss whether:

1. Petitioner can prosecute this case on his own;
2. the proposed "next friend" is truly dedicated to Petitioner's best interests;
3. the proposed "next friend" has a significant relationship with Petitioner; and
4. Petitioner's habeas petition should be granted.

### III.   SERVICE ORDER

It is **FURTHER ORDERED** that the Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), Motion for Expedited Review (ECF No. 3), and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to

> Stephanie Rico, Civil Process Clerk
> U.S. Attorney's Office, Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), Motion for Expedited Review (ECF

No. 3), and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process. Service should be directed to

> Warden, Karnes County Immigration Processing Center
> 409 FM 1144
> Karnes City, TX 78118

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service. Because this case appears to turn on whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the Court's prior orders addressing this question[1] and note any material factual differences** between those cases and this one. If Respondents so choose, in lieu of a full response, they may instead file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 20th day of January, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

---

[1] *E.g.*, *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025).

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff* )  )  | |
| v.  )  | Civil Action No. |
|  ) | |
| *Defendant* ) | |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:


My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

  (a) Business, profession, or other self-employment   ❐ Yes   ❐ No
  (b) Rent payments, interest, or dividends            ❐ Yes   ❐ No
  (c) Pension, annuity, or life insurance payments     ❐ Yes   ❐ No
  (d) Disability, or worker's compensation payments    ❐ Yes   ❐ No
  (e) Gifts, or inheritances                           ❐ Yes   ❐ No
  (f) Any other sources                                ❐ Yes   ❐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

      4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ .

      5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

      6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

      7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

      8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

      *Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

                                                                                        *Applicant's signature*

                                                                                         *Printed name*