**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF CERTAIN CIVIL CASES | § § § § § § § § | SA-25-CV-01765-XR<br>SA-25-CV-01860-XR<br>SA-26-CV-00030-XR<br>SA-26-CV-00062-XR<br>SA-26-CV-00116-XR<br>SA-26-CV-00178-XR<br>SA-26-CV-00186-XR |

**ORDER RE-SETTING HEARING ON NEXT-FRIEND HABEAS PETITIONS**

On this day the Court considered the status of these civil cases involving petitions for writs of habeas corpus filed by next friends, which are currently set for an in-person hearing on January 29, 2026.

Due to a scheduling conflict, the in-person hearing in these matters is re-set **Thursday, January 29, 2026** at **2:30 p.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207.

If any proposed Next Friend wishes to proceed via Zoom, he or she may notify the Courtroom Deputy, Sylvia Fernandez (sylvia_fernandez@txwd.uscourts.gov, (210) 472-6550, Ext. 5003), at least 48 hours in advance.

All other instructions in the Court's previous orders in these cases remain unchanged.

It is so **ORDERED**.

**SIGNED** this 21st day of January, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE