## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FRANKLIN JOSE CALANCHE SUAREZ, BY NEXT FRIEND CLAUDYS BLANESK FREITEZ DE CALANCHE; *Petitioner* | § § § § § | |
| v. | § § | Case No.  SA-26-CV-00186-XR |
| ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),  et al., *Respondents* | § § § § § | |

## **TRANSFER ORDER**

Petitioner brought this habeas petition under 28 U.S.C. § 2241 to challenge his detention at the Eden Detention Center, which is located in Eden, Texas. ECF No. 1 at 2. Eden is in Concho County, which is located in the San Angelo Division of the Northern District of Texas.[1]

Section 2241 habeas petitions "must be filed in the division that includes the county in which the petitioner is in custody." W.D. Tex. Local Rule CV-3(b). "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).

The undersigned finds that for the convenience of the parties and witnesses, and in the interest of justice, this case should be transferred to the San Angelo Division of the Northern District of Texas.

---

[1] Local Court Rules for United States District Court for the Western District of Texas, at vii, available at https://www.txwd.uscourts.gov/wpcontent/uploads/2025/09/TXWD%20Local%20Rules%20Full%20Copy%200902 25.pdf.

It is therefore **ORDERED** that this case shall be **TRANSFERRED** to the San Angelo Division of the Northern District of Texas.

The hearing in this matter set for January 29, 2026 before the undersigned is **CANCELED**.

It is so **ORDERED**.

**SIGNED** this 21st day of January, 2026.

                                                     XAVIER RODRIGUEZ
                                                     UNITED STATES DISTRICT JUDGE